U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 5 2008

ROBERT H. SHEMWELL, CLERK
BY _____
            DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 07-10010 |
| -vs- | JUDGE DRELL |
| LAWRENCE GUIDRY, JR. | MAGISTRATE JUDGE KIRK |

---

## JUDGMENT

The Court having, now, the benefit of Document 40 regarding the interplay between this action and Civil Suit 07-2123, it being appropriate to reconsider our Order of April 11, 2008 (Doc. No. 39), said Order is **RESCINDED**.

We have considered the Report and Recommendation anew (Doc. No. 37) and, considering the objections set forth in the Motion to Vacate (docketed after the report and recommendation), conducted a de novo review. Concurring with the Magistrate Judge's findings under the applicable law,

Mr. Guidry's § 2255 motion is deemed as procedurally barred and is DENIED and DISMISSED WITH PREJUDICE. Further,

Mr. Guidry's motion for stay of execution of sentence is likewise DENIED.

The civil suit, No. 07-2123, will likewise be dismissed by separate judgment.

SIGNED on this 25 day of April, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE