

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA     CRIMINAL CASE NO. 1:07CR10010-01

VERSUS     JUDGE DRELL

LAWRENCE GUIDRY, JR.     MAGISTRATE JUDGE KIRK

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

**X**    The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___    The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Alexandria, Louisiana, this 28th Day of July, 2008.

Dee D. Drell
UNITED STATES DISTRICT JUDGE